IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ROGER WILSON, ZACHARY CHASTAIN & TRAVIS DELDUCA,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**1400 NORTHSIDE DRIVE, INC. d/b/a Swinging Richards and C.B. JONES II,**<br><br>**Defendants.** | Civil Action No. 1:15-cv-4453-SCJ |

## LR 26.3 Certificate of Serving Discovery and Certificate of Service

Pursuant to L.R. 26.3(a), I hereby certify that I have this day caused to be served a copy of **(1) Plaintiffs' First Continuing Interrogatories to Defendant 1400 Northside Drive, Inc., (2) Plaintiff's First Continuing Request for Production to Defendants, and (3) Plaintiff's First Continuing Requests for Admission to Defendants** by electronic mail, per the consent of the Parties, address to hschlanger@bellsouth.net.

Dated June 6, 2016.

                                            **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC**

                                            */s/ Matthew W. Herrington*

3100 Centennial Tower            Mitchell D. Benjamin
101 Marietta Street                Georgia Bar No. 049888

Atlanta, GA 30303  Matthew W. Herrington
(404) 979-3150  Georgia Bar No. 275411
(404) 979-3170 (facsimile)
benjamin@dcbflegal.com  Counsel for Plaintiff
matthew.herrington@dcbflegal.com