IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROGER WILSON, et al.,
    Plaintiffs.

                                    Civil Action number
v.                              1:15-CV-4453-SCJ

1400 NORTHSIDE DRIVE, INC., et al.,
    Defendants

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

Defendants, with the consent of the plaintiffs, respectfully reqquest that the Court enter an order extending the time in which they may respond to plaintiffs' summary judgment motion from March 6 to March 13, 2017, and to extrend the plaintiffs' time to respond by seven days.

This short delay iis necessitated by recurring medical difficulties of defendants' counsel.

1

Respectfully submitted this 5th day of March, 2017.

        /s/ HERBERT P. SCHLANGER
        Herbert P. Schlanger[1]
        Ga. Bar Number 629330
        Counsel for defendants

Law Offices of Herbert P. Schlanger
Suite 1890
230 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 808-6659 (voice)
(404) 745-0523 (facsimile)
herb@schlanger.com
hschlanger@bellsouth.net

## CONSENT ORDER

Upon consideration of the defendants' request for an extension of time,

aand it being consented to by plaintiffs,

IT IS HEREBY ORDERED that the motion is granted as requested.

        _____
        United Statses District Judge

---

[1]    Counsel hereby certifies, pursuant to the requirements of LR 7.1.D., that the foregoing document was prepared using 14-point Times New Roman type.

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2014, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles R. Bridgers, Esq.
Kevin D. Fitzpatrick, Esq.
Matthew W. Herrington, Esq.
3100 CENTENNIAL TOWER
101 MARIETTA STREET
ATLANTA, GEORGIA 30303
(404) 979-3171
(404) 979-3170 (f)
charlesbridgers@dcbflegal.com
kevin.fitzpatrick@dcbflegal.com
matthew.herrington@dcbflegal.com

                                                        /s/ HERBERT P. SCHLANGER
                                                        Herbert P. Schlanger
                                                            Ga. Bar Number 629330
                                                        Counsel for defendants

Law Offices of Herbert P. Schlanger
Suite 1890
230 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 808-6659 (voice)
(404) 745-0523 (facsimile)
hschlanger@bellsouth.net
herb@schlanger.com