IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ROBERT CASEY and TAYLOR ADDY,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**1400 NORTHSIDE DRIVE, INC. d/b/a Swinging Richards and C.B. JONES II,**<br><br>    **Defendants.** | Civil Action No. 1:16:-cv-4517-SCJ<br><br>Consolidated for Trial with Civil Action No. 1:15-cv-4453-SCJ |

## SPECIAL INTERROGATORIES TO THE JURY

1.    Do you find from a preponderance of the evidence that Plaintiff Robert Casey engaged in protected activity by joining the Henderson FLSA action as a Plaintiff?

    Answer Yes or No    _____

If your answer is "Yes," go to the next question. If your answer is "No," skip ahead to question number 6.

2.    Do you find from a preponderance of the evidence that Defendant 1400 Northside Drive, Inc. took an adverse employment action

1

against Plaintiff Casey by refusing to re-hire him while he remained a plaintiff in the Henderson FLSA action?

Answer Yes or No          _____

If your answer is "Yes," go to the next question. If your answer is "No," skip ahead to question number 6.

3.    Do you find from a preponderance of the evidence that Defendant 1400 Northside Drive, Inc. took an adverse employment action against Plaintiff Casey because Plaintiff Casey joined the Henderson FLSA action as a plaintiff?

Answer Yes or No          _____

If your answer is "Yes," go to the next question. If your answer is "No," skip ahead to question number 6.

4.    Do you find from a preponderance of the evidence that Plaintiff Casey suffered damages because of the adverse employment action?

Answer Yes or No          _____

If your answer is "Yes," go to the next question. If your answer is "No," skip ahead to question number 6.

5.    State the amount of damages (amount of unpaid minimum wages plus fees and fines paid) to which Plaintiff Casey is entitled from the

workweek ending on July 17, 2011 through the workweek ending on December 8, 2013: $_____

6. Do you find from a preponderance of the evidence that Defendants' failure to pay the Plaintiffs minimum wages as required by federal law was done willfully?

Answer Yes or No          _____

If your answer is "Yes," go to the next question. If your answer is "No," skip ahead to question number 11.

7. As to Plaintiff Addy, state the amount of damages (amount of minimum wages owed plus fees and fines paid) to which he is entitled to receive from Defendants for the period from the workweek ending on February 2, 2014 to the workweek ending on February 1, 2015: $_____

8. As to Plaintiff Casey, state the amount of damages (amount of minimum wages owed plus fees and fines paid) to which he is entitled to receive from Defendants for the period from the workweek ending on December 15, 2013 to the workweek ending on December 7, 2014: $_____

9. As to Plaintiff Delduca, state the amount of damages (amount of minimum wages owed plus fees and fines paid) to which he is entitled to receive from Defendants for the period from the workweek ending on January 5, 2014 to the workweek ending on March 9, 2014: $_____

10. As to Plaintiff Chastain, state the amount of damages (amount of minimum wages owed plus fees and fines paid) to which he is entitled to receive from Defendants for the period from the workweek ending on March 31, 2013 to the workweek ending on March 9, 2014: $_____

11. As to Plaintiff Addy, state the amount of damages (amount of minimum wages owed plus fees and fines paid) to which he is entitled to receive from Defendants for the period from the workweek ending on February 8, 2015 to the workweek ending on January 7, 2018: $_____

12. As to Plaintiff Casey, state the amount of damages (amount of minimum wages owed plus fees and fines paid) to which he is entitled to receive from Defendants for the period from the workweek ending on December 14, 2014 to the workweek ending on November 15, 2015: $_____

13. As to Plaintiff Delduca, state the amount of damages (amount of minimum wages owed plus fees and fines paid) to which he is entitled to receive from Defendants for the period from the workweek ending on March 16, 2014 to the workweek ending on October 16, 2016: $_____

14. As to Plaintiff Chastain, state the amount of damages (amount of minimum wages owed plus fees and fines paid) to which he is entitled to receive from Defendants for the period from the workweek ending on March 16, 2014 to the workweek ending on December 25, 2016: $_____

15. As to Plaintiff Wilson, state the amount of damages (amount of minimum wages owed plus fees and fines paid) to which he is entitled to receive from Defendants for the period from the workweek ending on April 6, 2014 to the workweek ending on April 29, 2018: $_____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _____

This 6th day of May 2018,

          Respectfully submitted,

          **DELONG, CALDWELL, BRIDGERS,**
           **FITZPATRICK & BENJAMIN, LLC**

| | |
|---|---|
| 3100 Centennial Tower | */s/ Matthew W. Herrington* |
| 101 Marietta Street | Mitchell D. Benjamin |
| Atlanta, Georgia 30303 | Ga. Bar No. 049888 |
| (404) 979-3171 | Matthew W. Herrington |
| (404) 979-3170 (f) | Ga. Bar No. 275411 |
| benjamin@dcbflegal.com | |
| matthew.herrington@dcbflegal.com | Counsel for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ROBERT CASEY and TAYLOR ADDY,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**1400 NORTHSIDE DRIVE, INC. d/b/a Swinging Richards and C.B. JONES II,**<br><br>    **Defendants.** | Civil Action No. 1:16:-cv-4517-SCJ<br><br>Consolidated for Trial with Civil Action No. 1:15-cv-4453-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the foregoing document to be filed with the Clerk via the Court's CM/ECF system, thereby ensuring electronic service of notice of filing upon all counsel of record.

Dated: May 6, 2018

                                         */s/ Matthew W. Herrington*
                                         Matthew W. Herrington
                                         Georgia Bar No. 27541